### JOSE MARIA VIERA, APPELLANT, v. JOSE MARQUES, RESPONDENT.

Submitted May 29, 1931—Decided October 19, 1931.

For the appellant, *Apostolakis & Mandelbaum.*

. For the respondent, *Joseph N. Braff.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   12.

*For reversal*—None.